IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN SUTTON                                                                         PLAINTIFF

V.                          CASE NO. 3:15-cv-00159-JTK

CAROLYN W. COLVIN, *Acting Commissioner,*                        DEFENDANT
Social Security Administration

## ORDER

Defendant's unopposed motion to remand this case (Doc. No. 7) is granted. The Commissioner made her motion for remand before answering the complaint, and she has shown good cause to remand the case for further factual findings. 42 U.S.C. § 405(g) (2015).

The Court hereby remands this case to the Administrative Law Judge for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g). The Court will retain jurisdiction and reserve final judgment until the parties have complied with the statutory post-remand requirements of 42 U.S.C. § 405(g).

SO ORDERED this 17th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE