IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN SUTTON                                                                    PLAINTIFF

VS.                              CASE NO. 3:15-CV-00159-JTK

NANCY A. BERRYHILL, *Commissioner*
Social Security Administration                                              DEFENDANT

## ORDER OF DISMISSAL

Pending before the Court is the parties' Joint Motion to Dismiss (DE # 16). It is agreed to by the parties that the Plaintiff passed away on March 12, 2017, without an eligible spouse to whom any potential Supplemental Security Income (SSI) could have been paid. *Id.* The motion is, therefore, GRANTED and this matter is dismissed with prejudice.

IT IS SO ORDERED this 31st day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE