IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN SUTTON                                                                                      PLAINTIFF

VS.                              CASE NO. 3:15-CV-00159-JTK

NANCY A. BERRYHILL, *Commissioner*
Social Security Administration                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ORDERED this 31st day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE